IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KYLE AVERY,

      Plaintiff,                   No. CIV S-06-0602 GEB KJM P

   vs.

M.H. FERYANCE, et al.,

      Defendants.          ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se. By an order filed June 28, 2006, plaintiff's complaint was dismissed and he was given the opportunity to file an amended complaint. On July 24, 2006, plaintiff filed his amended complaint.

      The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Service is appropriate for the following defendants: Feryance, Brown, Watson, Prentice, Huggins, Reyes, Cantu, Xiong and Rosensteel insofar as the complaint alleges a violation of plaintiff's Eighth Amendment rights;

/////

2. The Clerk of the Court shall send plaintiff nine USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed July 24, 2006.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Ten copies of the endorsed amended complaint filed July 24, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: February 5, 2007.

_____
U.S. MAGISTRATE JUDGE

2
aver0602.1amd

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KYLE AVERY,

     Plaintiff,                              No. CIV S-06-0602 GEB KJM P

     vs.

M.H. FERYANCE, et al.                    <u>NOTICE OF SUBMISSION</u>

     Defendants.                      <u>OF DOCUMENTS</u>

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        1        completed summons form

        9        completed USM-285 forms

       10       copies of the July 24, 2006 Amended Complaint

DATED:

                                              Plaintiff