IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KYLE W. AVERY,

      Plaintiff,                   No. CIV S-06-0602 GEB KJM P

  vs.

M.H. FERYANCE, et al.,

      Defendants.         <u>ORDER</u>

                            /

      Plaintiff has requested an extension of time to submit the documents for service pursuant to the court's order of February 5, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's March 1, 2007 request for an extension of time is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to submit the necessary documents for service.

DATED: March 15, 2007.

                                        U.S. MAGISTRATE JUDGE

/bb
aver0602.36