IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KYLE AVERY,

      Plaintiff,               No. CIV S-06-0602 GEB KJM P

   vs.

SCOTT KERNAN, et al.,

      Defendants.       <u>ORDER</u>

_____/

      Defendants have filed a motion to vacate the dates for filing pretrial statements and for pretrial conference and trial pending settlement discussions. This is appropriate.

      Plaintiff has filed a motion, seeking an order directing the Department of Corrections to permit him to correspond with his inmate witnesses. This will be denied without prejudice in light of the pending settlement negotiations. Should the case not settle, plaintiff need not file a new motion, but rather may file a request to have the current motion (docket no. 49) reopened.

      IT IS THEREFORE ORDERED that:

      1. Plaintiff's motion for an order to allow contact with his witnesses (docket no. 49) is denied without prejudice as described above;

/////

1

1  2. The dates for filing pretrial statements and for pretrial conference and trial are
2 hereby vacated;
3  3. Defendants are directed to file a status report on the progress of settlement
4 negotiations within thirty days of the date of this order and thereafter at intervals of thirty days
5 until the case settles; and
6  4. If the parties are unable to reach settlement, they should so notify the court as
7 soon as possible and should also notify the court at that time whether the parties wish to file
8 dispositive motions.
9 DATED: March 31, 2008.

_____
U.S. MAGISTRATE JUDGE

2
aver0606.vsch