IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KYLE AVERY,

      Plaintiff,                    No. CIV S-06-602 GEB KJM P

   vs.

SCOTT KERNAN, et al.,

      Defendants.            <u>ORDER</u>

_____/

        All parties have stipulated that this action be dismissed. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)

DATED: June 29, 2009.

_____
U.S. MAGISTRATE JUDGE

2
aver0602.59c

1