IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KYLE AVERY,

        Plaintiff,                    No. CIV S-06-602 GEB KJM P

   vs.

M.H. FERYANCE, et al.,

        Defendant.                 <u>ORDER</u>

/

        On June 30, 2009, this court accepted the parties' stipulation and dismissed this case in light of the parties' settlement. Petitioner has now notified the court that defendants have failed timely to meet the terms of the settlement and asks that the case be sent to mediation.

        In light of plaintiff's representations, IT IS HEREBY ORDERED that counsel for defendants respond to plaintiff's representations within thirty days of the date of this order.

DATED: December 16, 2009.

                                      U.S. MAGISTRATE JUDGE

2
aver0602.ord

1