IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KYLE AVERY,

      Plaintiff,                    No. CIV S-06-602 GEB KJM P

   vs.

SCOTT KERNAN, et al.,

      Defendant.                ORDER

_____/

       On June 30, 2009, this court entered an order dismissing this case in light of the parties settlement. On November 30, 2009, plaintiff filed a motion to reopen the case, alleging that defendants had not followed through with the agreed-upon settlement. On January 15, 2010, defendants responded that the check for the settlement had been delayed, but that it has now been issued. Plaintiff has not disputed this allegation.

       IT IS THEREFORE ORDERED that plaintiff's motion to reopen the case (docket no. 66) is denied.

DATED: March 18, 2010.

_____
U.S. MAGISTRATE JUDGE

2/aver0602.ord

1